IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Civil Action No. 3:09CV767-JAG

$17,891.89 IN FUNDS FROM UNION BANK
& TRUST ACCOUNT NUMBER
342934201; et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on December 8, 2010 (Dk. No. 53). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby OVERRULES the objections of Plaintiff and ACCEPTS and ADOPTS the R&R. Plaintiff's Motion for Summary Judgment (Dk. No. 37) is DENIED. Claimants' Motion to Strike is GRANTED in part and DENIED in part.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ John A. Gibney, Jr.
United States District Judge

Date: May 17, 2011
Richmond, VA